United States District Court
Northern District of Illinois

Mr. Bobby Ford,
  Plaintiff,

-v-

City of Chicago, And
Chicago Police Dept.
Officer Bell, And Her
Chicago Police Dept.
Partner John Doe.
  Defendants.

Case No# 09-C-6851

Honorable Judge:
Blanche M. Manning
Presiding.

RECEIVED
MAR 11 2010
Mar 11 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## THIRD ~~Second~~ Amended Complaint

Now Comes Plaintiff Bobby Ford, Pro.Se. In The Above Entitled Cause of Action Pursuant To Fed. R. Civ. Proc. 15(a) Asking This Honorable Court Grant Plaintiff Above Stated Second Amended Complaint.

### Claim

1.) On 6/19/09 at Approx. Around 1:30 A.M. plaintiff was leaving work at The Italian Fiesta Pizza Resturant heading down Halsted St, when I saw Associate Bruce Love at the 76st Stop Light. Bruce came over to plaintiff's van, and ask me if I could take him over too his girlfriend house to use the Bathroom.

2.) On the way there we discuss why I had put Bruce out my Apartment two weeks earlier due to him

(1.)

Failing to pay his part of the rent. Plaintiff asure Bruce he could come get his property as soon as he could get a ride. Bruce exit the van and took over "30" minutes to return. Plaintiff curse at Bruce for taking so long. And this cause a argument and fight with Bruce's girlfriend and Plaintiff. Her family join in an struck Plaintiff causing a six on one fight with Bruce sitting in the van doing nothing!

3.) Plaintiff got back in the van an drove a few blocks telling Bruce to get out. Bruce refuse! So, I drove home telling Bruce to get his stuff out of my apartment tonight! Bruce refuse to get out my van again an call the police fabricating a fight between him and me.

4.) He than hung-up his cellphone and scratch himself on the neck. When Defendant Bell and her John Doe partner arrive from District 003 Police Station to my address at 7356 So. Dorchester St. we both exit the van and walk over to the police defendants. Plaintiff clearly reported the six on one fight and how Bruce refuse to get out my van an scratch himself to frame me and cover-up my demanding him remove his property!

5.) Plaintiff plea with defendant's Bell and her John Doe partner to investigate my story was refuse by both defendants. Defendant's Bell and her

(2.)

partner maliciously hatch the lying false police report claiming Bruce was my girlfriend, and that I had choke him in a Domestic Fight dispute! Plaintiff was Arrested without having had my Miranda rights read to me!

6) I was Force to turn over my cellphone, door Keys, wallet, Identifications, watch, and Jewelry to Bell's partner Who put it in my VAN! ignoring my protest to this! Thereby Allowing Bruce to Break into my VAN; get Into my Apartment. Neighbors inform plaintiff that Bruce Broke out my windows to my VAN, And my Truck CARS, And Slash the tires to both of them, than Robbed my Apartment All as a Result of the police Lodging A False police report of Domestic battery. I was ship-off to prison For "46" Days Lossing All my worldly possessions, Job, Apartment, Freedom without Any due process of Law, in A Cruel And Unusual Manner; only to have Bruce Fled And the False Charges drop by the Judge on 7/6/09, yet, I was still Sent to prison. Plaintiff's Life was Maliciously destroyed by The City of Chicago police Dept. officers Bell, And Her John Doe partner; Plaintiff is Suffering now! And Continues to Suffer in a ongoing Loss of Livelihood, dignity, Job, VAN And Truck, And All my worldly possessions in the Apartment!

End of Claim.

I. **Plaintiff(s):**

   A. Name: Mr. Bobby Ford
   B. List all aliases: NONE
   C. Prisoner identification number: N-20126 / Cook County Jail Number 20091129195
   D. Place of present confinement: Cook County Jail Dept. of Correction
   E. Address: 2650 So. California Ave. Chicago, Ill. 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Defendant Bell and Her unknown partner John Doe
      Title: Are Chicago Police officers at District 003 Located At
      Place of Employment: 7050 So. Cottage Grove St. Chicago Ill. on the 11:00 to 7:AM Shift.

   B. Defendant: ~~■■■■■■■■■■■■■■■■■~~
      Title: ~~■■■■■■■■■■■■■■■■■~~
      Place of Employment: ~~■■■■■■■■■■■~~

   C. Defendant: ~~■■■■■■■■■■■■■■■■■~~
      Title: ~~■■■■■■■■■■■■■■■■■~~
      Place of Employment: ~~■■■■■■■■■■■~~

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

4.

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _Unknown_

B. Approximate date of filing lawsuit: _Unknown_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Bobby Ford_

D. List all defendants: _Unknown_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Federal_

F. Name of judge to whom case was assigned: _Unknown_

G. Basic claim made: _Excessive Force, Medical denial_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Case not pending any more_

I. Approximate date of disposition: _Unknown._

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## Request For Relief

Each defendant is being sued in their individual and official capacity for violations of plaintiff's VIII and XIV Amendment Rights, and privileges under the United States Constitution. The City of Chicago is also being sued in it's official capacity. Both defendant's acts and omissions carried out in a cruel and unusual manner with malicious intent wantonly and willfully done. Each is being sued for the sum of ($200,000.00) dollars compensatory damages each, and ($800,000.00) dollars punitive damages each defendant for violation of my Rights, Statutes, under Law.

Plaintiff Request the Court issue all appropriate Service and/or Notices to the defendants and City.

Plaintiff demands that the case be tried by a trial Jury.

Sign: Mr. Bobby Ford
I.D. No. 20091129195
Date: 3/4/10

Address: Cook County Jail.
P.O. Box 089002
2650 So. California Ave. Chicago, Ill 60608

(6)